81,078-02

Cause No. 1374263-A

| | | |
|---|---|---|
| Miguel Martinez | § | In the 184th District Court |
| Relator Pro-Se, | § | |
| | § | |
| | § | RECEIVED IN<br>COURT OF CRIMINAL APPEALS |
| v. | § | of |
| | | APR 09 2015 |
| | § | |
| Chris Daniel, District Clerk, | § | Abel Acosta, Clerk |
| Respondent. | § | |
| | § | Harris County, Texas |

## Application for Writ of Mandamus

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MIGUEL MARTINEZ, TDCJ-ID #1856331, Relator Pro-Se in the above styled numbered cause of action and files this original Application for Writ of Mandamus pursuant to Article 11.07 of the Code of Criminal Procedure and Rules would respectfully show this Honorable Court the following:-

I.
### Relator

Miguel Martinez, TDCJ-ID #1856331 is an offender incarcerated in the Texas Department of Criminal Justice and is appearing Pro-Se who can be located at the James A. Lynaugh Unit, 1098, South Hwy 2037, Pecos County, Fort Stockton, Tx 79735. Relator has exhausted his remedies and has no other remedy at law. The act sought to be compelled is ministerial. Not Discretionary in nature requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the States designation of issues, Applicant Writ of Habeas Corpus Art. 11.07, copy of Attorneys Affidavit, and all Memorandums in support of Application, for Post Conviction Writ of Habeas Corpus

APPLICATION FOR WRIT OF MANDAMUS                              Page 1

Art 11.07 Tex. Code. Crim. Proc. Had such documents been transmitted to the Court of Criminal Appeals, having in there possession sent from the Relator to Respondent as required by statue Relator would have received Notice from the Court of Criminal Appeals, having in there possession sent from the Relator to respondent as concerning Cause No. 1374263-A.B.

## II.
## Respondents

Respondent Chris Daniel in his capacity District Clerk of the Harris County, Texas has a ministerial duty to receive and file all papers in a Criminal proceeding. And perform all other duties imposed on the Clerk by law pursuant to Article 11.07 and Rules 296 and 297 of the Rules of Civil Procedure to immediately transmit to the Court of Criminal Appeals a copy of the Application for Writ of Habeas Corpus and Memorandums, finds of the facts, any answer filed and a certified reciting of the date upon which that finding was made if convicting Court decides that there are issues to be resolved Chris Daniel District Clerk Harris County may be served at his place of Business, P.O.Box 4651, Houston, Texas 77210-4651.

## III.
## Violation of Article 11.07 of the Code of Criminal Procedure and Rules 296 and 297 of Civil Procedure

Respondents violated the Texas Code of Criminal Procedure Art. 11.07 and the Rules of Civil Procedure, Rule 296 and 297 by failing to provide a copy of the Application for Writ of Habeas Corpus upon which that findings and States proposed Order Designating Issues and for filing Affidavit was made to the Court of Criminal Appeals within the prescribed time by law. And within a reasonable time from

APPLICATION FOR WRIT OF MANDAMUS                                    Page 2

date on which documents were filed on August 18, 2014 to be thereinafter transmitted. Requests for Writ of Habeas Corpus, any answer titled, to Chris Daniel District Clerk Harris County by certified mail dated August 15, 2014 pursuant to Article 11.07 of the Code of Criminal Procedure to date. Relator response of request for transmitting of a copy of the Application for Writ of Habeas Corpus filed, and a certificate reciting the date upon which finding was made to the Court of Criminal Appeals.

As it is clear from Relator previous request, Relator has repeatedly put Respondent on Notice that Relator seek the transmittal of a copy of the Application for Writ of Habeas Corpus. Relator has gone well beyond any requirement of obligation imposed upon him by the Texas Code of criminal Procedure Art. 11.07 are acting in bad faith, and failed to afford Relator the professional and common courtesy of any written response, as to the disposition of his Application per his request.

## IV.
### Prayer for Relief

Wherefore, Premises Considered, Relator, Respectfully requests a Application for Writ of Habeas Corpus Respondents have not transmit documents to the Court of Criminal Appeals within the timeline prescribed by the Texas Code of Criminal Procedure Articles 11.07 and Rules of Civil Procedure, Rule 296 and 297 and that Relator brought this litigation in good faith and has substantially prevailed through course of law.

SO PRAYED on this the 4 day of April, 2015.

Respectfully Submitted,

X _Miguel Martinez_ #1856331
Miguel Martinez #1856331
Relator Pro-Se

APPLICATION FOR WRIT OF MANDAMUS

## Verification

I, Miguel Martinez, TDCJ-ID #1856331, being presently incarcerated at the James A. Lynaugh Unit of TDCJ-ID, declare under the penalty of perjury that the foregoing facts are true and correct.

Respectfully Submitted,

X _Miguel Martinez_
Miguel Martinez
TDCJ-ID No. 1856331
James A. Lynaugh Unit
1098, South Hwy 2037
Ft. Stockton, Tx 79735

## Certificate of Service

I certify that a true and correct copy of the above application for Writ of Mandamus was sent to the District Clerk of Court of Criminal Appeals by placing the same in the U.S. Mail postage prepaid on this the 4 day of April, 2015, addressed to:

Abel Acosta
Clerk of the Court
Court of Criminal Appeals
P . O . Box 12308
Capital Station
Austin, Tx 78711

Respectfully Submitted,

X _Miguel Martinez_
Miguel Martinez
TDCJ-ID No. 1856331
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

APPLICATION FOR WRIT OF MANDAMUS

Page 4

# UNSWORN DECLARATION

I, _Miguel Martinez_, TDCJ NUMBER _1856331_

Being presently incarcerated in the _Lynaugh H_, Unit of the Texas

Department of Criminal Justice, in _Pecos_, County, Texas

Declare under penalty of perjury that I am the applicant in the above and foregoing

Motion. I have read said motion and the factual allegations of the same are true and

Correct.

Executed on this _4_, day of _April_, 20_15_.

_Miguel Martinez_

_Miguel Martinez_, Movant, Pro Se